# United States Court of Appeals for the Fifth Circuit

---

No. 24-20479
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
July 28, 2025

Lyle W. Cayce
Clerk

Charles Jonathan Lyons,

*Plaintiff—Appellant*,

*versus*

Yehonotan Sade; Vero Capital; US Living, L.L.C.,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1554

---

Before Haynes, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The district court dismissed this case because the plaintiff failed to serve the defendants in accordance with Federal Rule of Civil Procedure 4. Proceeding *pro se*, Charles Jonathan Lyons timely appealed that dismissal. The record includes three affidavits of service, which show that the complaint was served on "JUDY DOE" in New York, New York. ROA.125–

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20479

27. "JUDY DOE" purportedly accepted service on behalf of all three defendants. It is undisputed, however, that no defendant authorized anyone named "JUDY DOE" to accept service in accordance with Rule 4.

AFFIRMED.